# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford,<br><br>v.        **Plaintiff(s)**<br><br>Youssef Maleeh, et al.,<br><br>**Defendant(s).** | CASE NUMBER:<br>5:20-cv-01076-MWF (SPx)<br><br>**NOTICE OF<br>MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  September 16, 2020    at  10:00    ☑ a.m. / ☐ p.m.

**LOCATION:**  Zoom

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** 8/24/2020

**Panel Mediator:** Mark Weidmann
**Address:**

**Phone:** 310-849-1212